# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WILLIAM H. DEASE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LT. BARNEY, Lieutenant Deputy ) <br> Sheriff, et al., ) <br> ) <br> Defendants. ) | Case No. CIV-14-0673-F |

## ORDER

Plaintiff William H. Dease, a prisoner whose pleadings are liberally construed, objects to the Report and Recommendation of Magistrate Judge Suzanne Mitchell, doc. no. 29, which recommends denial of plaintiff's motions at doc. nos. 24 and 28. Objection at doc. no. 32. Plaintiff timely objected to the Report and the court reviews all objected to matters *de novo*. Having reviewed the matter, the court finds that no further analysis is necessary here. Plaintiff's objection is **DENIED**. The court **ACCEPTS**, **ADOPTS** and **AFFIRMS** the rulings recommended in the magistrate judge's Report. Accordingly, for the reasons stated in the Report, plaintiff's motions for preliminary injunctive relief, doc. nos. 24 and 28, are **DENIED**. This action remains referred to the magistrate judge.

Dated this 21st day of November, 2014.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0673p003.wpd